**EOD**

11/03/2020

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:

JOHN J. LAU
DEBORAH Y LAU

Case No. 11-40284
Chapter 7

Debtor(s)

## ORDER SUSTAINING
## TRUSTEE'S OBJECTION
## TO THE CLAIM OF CURTIS LEE, TRUSTEE CLAIM NO.  12

CAME ON FOR CONSIDERATION the Objection to Claim No. 12 of Curtis Lee, Trustee

(the "Objection") filed by the Trustee.  For cause shown, it is hereby

ORDERED that the Objection shall be and is hereby sustained; it is further

ORDERED that the proof of claim filed by Curtis Lee, Trustee in the amount of

$560,000,000.00 designated as Claim No. 12 on the Claims Register is hereby disallowed for

purposes of the administration of this case by the Trustee, including the distribution of funds to

claimants following approval of the Trustee's Final Report

IT IS SO ORDERED.

Signed on 11/3/2020

*Brenda T. Rhoades*   MD

HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE