## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br><br>JOHN J. LAU<br>DEBORAH Y LAU<br><br>Debtor(s) | Case No. 11-40284<br>Chapter 7 |

### ORDER SUSTAINING
### TRUSTEE'S OBJECTION
### TO THE CLAIM OF HIJO, LTD. CLAIM NO. 27

CAME ON FOR CONSIDERATION the Objection to Claim No. 27 of Hijo, Ltd..(the "Objection") filed by the Trustee. For cause shown, it is hereby

ORDERED that the Objection shall be and is hereby sustained; it is further

ORDERED that the proof of claim filed by Hijo, Ltd. in the amount of $849,703.76 designated as Claim No. 27 on the Claims Register is hereby disallowed for purposes of the administration of this case by the Trustee, including the distribution of funds to claimants following approval of the Trustee's Final Report

IT IS SO ORDERED.

Signed on 11/3/2020

_Brenda T. Rhoades_ MD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE