**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE:

JOHN & DEBORAH LAU

Debtor(s)

Case No 11-40284
Chapter 7

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE
UNITED STATES BANKRUPTCY COURT**

The undersigned Trustee of the above styled estate states as follows for her Notice to Deposit Funds Into the Unclaimed Funds Registry of the United States Bankruptcy Court.

1. That she is the duly qualified and acting Trustee in this case.

2. That she filed a Final Report that was approved by this Court. Final Distributions were made.

3. The following check(s) were not negotiated within the 90-day period allowed:

   | Check No. | Claimant | Claim # | Amount |
   |---|---|---|---|
   | 2018 | Lydia H.S. Chen | 14 | $47,025.29 |
   | 2019 | Olin Ray Long P.E. | 15 | 7.50 |
   | 2021 | Dawn Du | 17 | 585.36 |
   | 2022 | Lam Lam Du | 18 | 585.36 |
   | 2036 | 1st International Bank | 35 | 1,742.14 |
   | 2041 | Barnabas, Rita & Rachael Chen | 25 | 1,514.62 |

   For a total of $51,460.27.

4. Trustee has attempted to locate the claimants of the unclaimed funds, but with no success.

Dated: August 4, 2021

/s/ Linda Payne
Linda Payne, Chapter 7 Trustee
11700 Preston Road, Ste 660-667
Dallas, TX 75230
214-444-4278

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served on the U. S. Trustee through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, on August 4, 2021.                /s/ Linda Payne