# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

In Re: §
§
JOHN J. LAU § Case No. 11-40284
DEBORAH Y LAU §
§
Debtors §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

LINDA PAYNE, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,063,907.12 *(Without deducting any secured claims)* | Assets Exempt: 820,816.00 |
| Total Distributions to Claimants: 179,880.74 | Claims Discharged Without Payment: 162,323,074.79 |
| Total Expenses of Administration: 50,521.82 | |

3) Total gross receipts of $230,402.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $230,402.56 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,829,999.00 | $1,051,334.75 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 50,521.82 | 50,521.82 | 50,521.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 168,403,149.36 | 611,567,942.33 | 50,608,596.47 | 179,880.74 |
| **TOTAL DISBURSEMENTS** | $170,233,148.36 | $612,669,798.90 | $50,659,118.29 | $230,402.56 |

4) This case was originally filed under chapter 7 on 01/28/2011. The case was pending for 129 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/07/2021 _____     By:/s/LINDA PAYNE, TRUSTEE _____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DIscovery of assets from SPRI | 1229-000 | 229,117.81 |
| Refund from Texas State Comptroller | 1229-000 | 1,284.75 |
| **TOTAL GROSS RECEIPTS** | | **$230,402.56** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Denton Atcu 225 W Mulberry St Denton, TX 76201 | | 25,590.00 | NA | NA | 0.00 |
| | PNC Mortgage 6 N Main St Dayton, OH 45402 | | 1,028,443.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Bank PO Box 5227 Cincinnati, OH 45201 | | 5,966.00 | NA | NA | 0.00 |
| 27 | HIJO, LTD. | 4110-000 | 700,000.00 | 849,703.76 | 0.00 | 0.00 |
| 30A | JONATHAN M. NGAI | 4110-000 | 35,000.00 | 100,000.00 | 0.00 | 0.00 |
| 29A | NATHANEAL K. NAGI | 4110-000 | 35,000.00 | 100,000.00 | 0.00 | 0.00 |
| 22 | L. P. TAX EASE FUNDING | 4700-000 | NA | 1,630.99 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $1,829,999.00 | $1,051,334.75 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LINDA PAYNE | 2100-000 | NA | 14,770.13 | 14,770.13 | 14,770.13 |
| LINDA PAYNE | 2200-000 | NA | 2,241.51 | 2,241.51 | 2,241.51 |
| SPRI Investigations | 2500-000 | NA | 22,911.78 | 22,911.78 | 22,911.78 |
| Axos Bank | 2600-000 | NA | 0.00 | 0.00 | 0.00 |
| United States Bankruptcy Court | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| BILL PAYNE | 3110-000 | NA | 7,300.00 | 7,300.00 | 7,300.00 |
| BILL PAYNE | 3120-000 | NA | 335.65 | 335.65 | 335.65 |
| SHELDON LEVY, CPA | 3410-000 | NA | 2,655.00 | 2,655.00 | 2,655.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SHELDON LEVY, CPA | 3420-000 | NA | 47.75 | 47.75 | 47.75 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $50,521.82 | $50,521.82 | $50,521.82 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $NA | $NA | $NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Abia Inc. 1515 S. Buckner #321 Dallas, TX 75217 | | 30,000.00 | NA | NA | 0.00 |
| | Aijun Cheng 623 George St. Richardson, TX 75081 | | 420,000.00 | NA | NA | 0.00 |
| | American First National Bank 9999 Bellaire Blvd Houston, TX 77036 | | 252,000.00 | NA | NA | 0.00 |
| | Amex PO Box 297871 Fort Lauderdale, FL 33329 | | 375.00 | NA | NA | 0.00 |
| | Aug Li 4009 Highland Shores Flower Mound, TX 75022 | | 200,000.00 | NA | NA | 0.00 |
| | Bank Of America PO Box 17054 Wilmington, DE 19850 | | 2,519.00 | NA | NA | 0.00 |
| | Capital One PO Box 85520 Richmond, VA 23285 | | 682.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850 | | 1,075.00 | NA | NA | 0.00 |
| | Chiung-Ching Hsieh 4108 Donnington Dr. Plano, TX 75093 | | 1,580,000.00 | NA | NA | 0.00 |
| | Citi PO Box 6241 Sioux Falls, SD 57117 | | 522.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi PO Box 6241 Sioux Falls, SD 57117 | | 1,063.00 | NA | NA | 0.00 |
| | City Bank 9788 Walnut Street Ste. 200 Dallas, TX 75243 | | 10,691,676.62 | NA | NA | 0.00 |
| | Danny Defenbaugh Defenbaugh & Associates, Inc. PO Box 224826 Dallas, TX 75222-4826 | | 0.00 | NA | NA | 0.00 |
| | David P.K. Cheng 1883 Agnew Rd., Unit 361 Santa Clara, CA 95054 | | 968,000.00 | NA | NA | 0.00 |
| | David Schiller 2309 W Parker Road Plano, TX 75023 | | 0.00 | NA | NA | 0.00 |
| | Davis L.S. Chang 22005 Dorsey Way Saratoga, CA 95070 | | 64,800.00 | NA | NA | 0.00 |
| | Dick Wang 5408 Bent Trail Dallas, TX 75248 | | 1,500,000.00 | NA | NA | 0.00 |
| | Doris S. Williams 1323 Willow Lane Farmersville, TX 75442 | | 3,589,603.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dow & Daisy Young 2813 Woods Lane Garland, TX 75044 | | 249,983.00 | NA | NA | 0.00 |
| | Dr. Pak Chuen Tong Central Bldg., Ste. 826 Pedder Street Central, Hong Kong | | 1,786,089.60 | NA | NA | 0.00 |
| | Dr. Yongshik Kim 670 W. Arapaho Road, Ste. 14 Richardson, TX 75080 | | 608,430.41 | NA | NA | 0.00 |
| | DSHS Ventures LP 3925 Gladney Lane Keller, TX 76248 | | 150,000.00 | NA | NA | 0.00 |
| | Eddie Lee - Pacific Addax 3116 Belmeade Dr Carrollton, TX 75006 | | 850,000.00 | NA | NA | 0.00 |
| | Evelyn Calhoun 369 FM 2848 Valleyview, TX  76272 | | 1,362,690.00 | NA | NA | 0.00 |
| | Feishia Lee 6819 Saint Anne St Dallas, TX 75248 | | 70,000.00 | NA | NA | 0.00 |
| | First National Bank Trenton 106 Hamilton St. Trenton, TX 75490 | | 529,200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Frank J. Wright Wright Ginsberg Brusilow P.C. 14755 Preston Road, Ste. 600 Dallas, TX 75254 | | 75,000.00 | NA | NA | 0.00 |
| | George & Jeff Yu 3505 Spring Mountain Plano, TX 75025 | | 250,000.00 | NA | NA | 0.00 |
| | Gianhua Gao 2117 Glendale Dr Plano, TX 75023 | | 30,232.80 | NA | NA | 0.00 |
| | Glena Dean Allen 9651 FM 2153 Aubrey, TX 75082 | | 753,200.00 | NA | NA | 0.00 |
| | Golden Bank 9315 Bellaire Blvd Houston, TX 77036 | | 3,400,000.00 | NA | NA | 0.00 |
| | Greg Shamoun Shamoun & Norman 1755 Wittington Pl., Ste. 200 LB 25 Dallas, TX 75234 | | 80,000.00 | NA | NA | 0.00 |
| | HSBC/Neimans Po Box 15221 Wilmington, DE 19850 | | 3,708.00 | NA | NA | 0.00 |
| | Jackie & Jeff Lau 5200 Keller Springs #334 Plano, TX 75248 | | 350,300.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jacobs Engineering 3880 Hulen Street Fort Worth, TX 76107-7254 | | 0.00 | NA | NA | 0.00 |
| | Jacobs Engineering Attn: Mr. Jaison Stephen 7950 Elmbrook Drive Dallas, TX 75247 | | 400,000.00 | NA | NA | 0.00 |
| | James & Josephine Lowe 6215 Oakleaf Rd Dallas, TX 75248 | | 102,500.00 | NA | NA | 0.00 |
| | James Feagin, President Landmark Interests 16660 N Dallas Pkwy., Ste. 2900 Dallas, TX 75248 | | 0.00 | NA | NA | 0.00 |
| | Janet Huntley Estate 16258 Gulf Blvd Redington Beach, FL 33708 | | 254,166.68 | NA | NA | 0.00 |
| | Jason & Cindy So 2900 Cambridgeshire Dr. Carrollton, TX 75007 | | 1,116,980.00 | NA | NA | 0.00 |
| | Joe & Elizabeth Higgs 218 Hillcrest St Sanger, TX 76266 | | 5,263,540.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | John Chang (Yaw-Hwan Chang) 1416 Grimes Dr Carrollton, TX 75010 | | 250,000.00 | NA | NA | 0.00 |
| | John Chen 5717 Pantheon Court Plano, TX 75024 | | 2,158,817.35 | NA | NA | 0.00 |
| | Jordan & Fay Wu & Li Chin 1724 Clear Springs Dr. Allen, TX 75002 | | 35,000.00 | NA | NA | 0.00 |
| | Joseph & Kimiela Mortzavi 2651 Union Church Rd Keller, TX 76248 | | 181,683.00 | NA | NA | 0.00 |
| | JT Technologies 2050 N Plano Rd., #100 Richardson, TX 75082 | | 1,028,786.80 | NA | NA | 0.00 |
| | K&L Gates LLP 301 Commerce, Ste. 3000 Fort Worth, TX 76102 | | 160,000.00 | NA | NA | 0.00 |
| | L. David Smith Chernosky, Smith, Ressling & Smith PLLC 4646 Wild Indigo, Suite 110 Houston, TX 77027 | | 0.00 | NA | NA | 0.00 |
| | Li Mei Weng 3703 Trailwood Dr Richardson, TX 75082 | | 35,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Liberty Bankers Life Ins. Co. 1800 Valley View Ln., Ste. 300 Dallas, TX 75234 | | 25,434,876.00 | NA | NA | 0.00 |
| | Liberty Life Service Corporation Attn: Bradford Phillips 1605 LBJ Freeway, Ste. 710 Dallas, TX 75234 | | 10,600,000.00 | NA | NA | 0.00 |
| | Margaret Ko Block 37, 12th Floor Flate D, City One Shatin Shatin, N.T. Hong Kong | | 54,000.00 | NA | NA | 0.00 |
| | Mehrdad Moayedi Centurion American Development Group 1221 IH 35E, Suite 200 Carrollton, TX 75006 | | 0.00 | NA | NA | 0.00 |
| | Metro Communication System PO Box 1267 Grapevine, TX 76099 | | 135,200.00 | NA | NA | 0.00 |
| | Montego Management Attn: Bradford Phillips 1800 Valley View Lane, Ste. 300 Dallas, TX 75234 | | 0.00 | NA | NA | 0.00 |
| | Mo-Yee Li (Agnes & Rex) 9700 105 Ave., Ste. 211 Edmonton Alberta Canada T5H4J1 | | 200,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mt Highlands, LLC c/o Dixon & Bailey PO Box 26746 Albuquerque, NM 87125-6746 | | 0.00 | NA | NA | 0.00 |
| | Ng Yuk Che 243A Prince Edward Rd., 3/F Kowloon, Hong Kong | | 54,000.00 | NA | NA | 0.00 |
| | Northstar Bank Of Texas 2004 S Stemmons Fwy Lake Dallas, TX 75065 | | 227,000.00 | NA | NA | 0.00 |
| | Pitak Skulkaew 8821 Clear Sky Dr. Plano, TX 75025 | | 64,800.00 | NA | NA | 0.00 |
| | Po Chu Pearl Chan 9A Yue King Bldg. #1 Leighton Rd, Causeway Bay Hong Kong | | 250,560.00 | NA | NA | 0.00 |
| | PS II Management 1800 Valley View Ln., Ste. 300 Dallas, TX 75234 | | 0.00 | NA | NA | 0.00 |
| | Quan Peng 4308 Vanderpool Dr Plano, TX 75024 | | 70,000.00 | NA | NA | 0.00 |
| | Ray Baldwin Swain & Baldwin 1532 FM #1194 Lufkin, TX 75901 | | 600,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Raymond Tang 4107-8 Gloucester Tower Pedder Street Central Hong Kong | | 300,000.00 | NA | NA | 0.00 |
| | Rex Real Estate Attn: Rex Glendenning 12400 Preston Road Frisco, TX 75034 | | 0.00 | NA | NA | 0.00 |
| | Shu Kai Song 4556 Tumberry Ct. Plano, TX 75024 | | 70,000.00 | NA | NA | 0.00 |
| | Shupe Ventura Lindelow & Olson, PLLC Attn: Ike Shupe or Misti Ventura 500 Main Street, Ste. 800 Fort Worth, TX 76102 | | 0.00 | NA | NA | 0.00 |
| | Sing Lau 2050 N Plano Rd., #100 Richardson, TX 75082 | | 550,000.00 | NA | NA | 0.00 |
| | Southwestern National Bank 6901 Corporate Drive Houston, TX 77036 | | 4,875,000.00 | NA | NA | 0.00 |
| | Sung Chang 3766 Riverly Trace Marietta, GA 30067 | | 50,000.00 | NA | NA | 0.00 |
| | Teresa Chan Block 37, 12th Floor Flat D City One Shatin Hong Kong | | 314,928.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Thomas C. Hillsman Attorney at Law 5220 Spring Valley Rd., Ste. 404 Dallas, TX 75254 | | 0.00 | NA | NA | 0.00 |
| | Tina Noseff 5941 King William Plano, TX 75093 | | 180,000.00 | NA | NA | 0.00 |
| | Trination Creative Investments Attn: Rocky Manning 3632 Canyon Oaks Drive Carrollton, TX 75007 | | 3,318,000.00 | NA | NA | 0.00 |
| | UDF Financing Attn: Odette Girouard 1301 Municipal Way, Ste. 200 Grapevine, TX 76051 | | 0.00 | NA | NA | 0.00 |
| | United Central Bank 4555 Walnut St Garland, TX 75042 | | 11,900,000.00 | NA | NA | 0.00 |
| | Valliance Bank PO Box 3678 McKinney, TX 75070 | | 4,875,000.00 | NA | NA | 0.00 |
| | VFC Partners 7 LLC Attn: Kathy S. McNair, SVP PO Box 30018 Hartford, CT 06150-0018 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | VFC Partners 7 LLC Attn: Perry Felton PO Box 8216 Waco, TX 76714-8216 | | 0.00 | NA | NA | 0.00 |
| | Victor DaHsuan Feng 4125 Elk Springs Trail Richardson, TX 75082 | | 252,083.30 | NA | NA | 0.00 |
| | Vistech or Kuen-An Liu 7408 Wildflower Dr Plano, TX 75024 | | 603,134.46 | NA | NA | 0.00 |
| | Vivian Liu 453 Marine Ave Manhatton Beach, CA 90266 | | 484,694.44 | NA | NA | 0.00 |
| | Wilshire State Bank 2237 Royal Lane Dallas, TX 75229 | | 0.00 | NA | NA | 0.00 |
| | Wilshire State Bank 3200 Wilshire Blvd Los Angeles, CA 90010 | | 3,497,213.00 | NA | NA | 0.00 |
| | Wing Kin Lau 43 A Broadway 15/F Mei Fo Sun Chuen, Hong Kong | | 286,000.00 | NA | NA | 0.00 |
| | Xiaoping Chen 3312 Grand Mesa Drive Plano, TX 75025 | | 140,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Yeh Chiou Liang (David) 3600 Dandelion Dr. Plano, TX 75093 | | 70,000.00 | NA | NA | 0.00 |
| | Yeung Wai Yuk Marjory Block 37, 12th Fl, Flat D, City One Shatin, Hong Kong | | 108,839.12 | NA | NA | 0.00 |
| | Zheng Xiago Luo Na Shan Mansion 11/F Flat A #3, Taikoo Shing Rd Taikoo Shing, Hong Kong | | 431,408.48 | NA | NA | 0.00 |
| 35 | 1ST INTERNATIONAL BANK | 7100-000 | 2,860,878.00 | 476,188.78 | 476,188.78 | 1,742.14 |
| 33 | AMERICAN BANK OF TEXAS | 7100-000 | 6,471,000.00 | 8,298,355.17 | 8,298,355.17 | 30,359.60 |
| 25 | Barnabas, Rita & Rachael Chen | 7100-000 | 447,120.00 | 414,000.00 | 414,000.00 | 1,514.62 |
| 21 | Daphne, Pricilla & Melanie Tong | 7100-000 | 447,120.00 | 414,000.00 | 414,000.00 | 1,514.62 |
| 17 | DAWN DU | 7100-000 | 149,040.00 | 160,000.00 | 160,000.00 | 585.36 |
| 32 | DISCOVER BANK | 7100-000 | 2,098.00 | 2,828.69 | 2,828.69 | 10.35 |
| 19 | GEOFFREY CHUM | 7100-000 | 232,415.00 | 232,415.00 | 232,415.00 | 850.29 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | GRAHAM MORTGAGE CORPORATION | 7100-000 | 12,140,333.00 | 14,564,111.40 | 14,564,111.40 | 53,282.93 |
| 6 | HELEN LO | 7100-000 | 1,400,000.00 | 920,000.00 | 920,000.00 | 3,365.83 |
| 9 | HUI YI LUO | 7100-000 | 276,395.22 | 331,674.26 | 331,674.26 | 1,213.43 |
| 4 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 5 | JACK & MARY BUSH | 7100-000 | 1,944,000.00 | 2,731,156.00 | 2,731,156.00 | 9,991.96 |
| 26 | JAMIE & DEBORAH RICKS | 7100-000 | 116,906.25 | 116,906.25 | 116,906.25 | 427.70 |
| 1 | JEFFREY R. HACKER PC | 7100-000 | 10,000.00 | 10,000.00 | 10,000.00 | 36.59 |
| 11 | JOHN S. WANG | 7100-000 | 1,300,000.00 | 1,300,000.00 | 1,300,000.00 | 4,756.06 |
| 30A | JONATHAN M. NGAI | 7100-000 | NA | 76,000.00 | 176,000.00 | 643.90 |
| 20 | KALVIN & KITTY CHUM | 7100-000 | 1,007,006.25 | 1,458,506.25 | 1,458,506.25 | 5,335.96 |
| 22 | L. P. TAX EASE FUNDING | 7100-000 | NA | 97,923.39 | 0.00 | 0.00 |
| 23 | L. P. TAX EASE FUNDING | 7100-000 | NA | 172,616.79 | 172,616.79 | 631.52 |
| 18 | LAM LAM DU | 7100-000 | 149,040.00 | 160,000.00 | 160,000.00 | 585.36 |
| 16 | LARRY FRIEDMAN | 7100-000 | 20,000.00 | 9,023.81 | 9,023.81 | 33.01 |
| 14 | LYDIA H. S. CHEN | 7100-000 | 16,000,000.00 | 12,853,679.09 | 12,853,679.09 | 47,025.29 |
| 3 | METROBANK, N. A. | 7100-000 | 10,031,850.00 | 1,954,209.14 | 1,954,209.14 | 7,149.49 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 29A | NATHANEAL K. NAGI | 7100-000 | NA | 76,000.00 | 176,000.00 | 643.90 |
| 15 | OLIN RAY LONG P. E. | 7100-000 | 10,000.00 | 2,050.00 | 2,050.00 | 7.50 |
| 40 | PACIFIC ADDAX COMPANY, INC. | 7100-000 | NA | 844,364.16 | 844,364.16 | 3,089.12 |
| 28 | PETER & ANNA NGAI | 7100-000 | NA | 160,000.00 | 160,000.00 | 585.36 |
| 13 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 4,857.00 | 4,857.92 | 4,857.92 | 17.77 |
| 8 | SHAOHUI WANG & LING LING ZHOU TRUST | 7100-000 | 275,629.84 | 275,629.84 | 275,629.84 | 1,008.39 |
| 41 | TINA NOSEFF | 7100-000 | NA | 167,058.31 | 167,058.31 | 611.19 |
| 36 | TRENAM KEMKER | 7100-000 | NA | 254,166.67 | 254,166.67 | 929.88 |
| 12 | TRUSTEE CURTIS LEE | 7100-000 | 560,000.00 | 560,000,000.00 | 0.00 | 0.00 |
| 31 | WEI ZHANG | 7100-000 | 118,720.00 | 130,877.00 | 130,877.00 | 478.81 |
| 24 | WENDY RICKS | 7100-000 | 31,820.00 | 31,820.00 | 31,820.00 | 116.41 |
| 10 | CHASE BANK USA, N. A. | 7100-001 | NA | 151.46 | 151.46 | 0.55 |
| 34 | JOE YANG (YOW-HSIUNG JOSEPH YANG) | 7100-001 | 85,000.00 | 84.00 | 84.00 | 0.31 |
| 7 | KRIS MADEYSKI | 7100-900 | 41,102.00 | 365,049.21 | 365,049.21 | 1,335.54 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 39 | DENNIS WONG IRA #1 AND DENNIS WONG | 7200-000 | 550,000.00 | 550,000.00 | 550,000.00 | 0.00 |
| 38 | FRANK & CATHY SUNG | 7200-000 | 140,000.00 | 140,000.00 | 140,000.00 | 0.00 |
| 45 | HSIU HUI WANG & MONICA | 7200-000 | 70,000.00 | 50,000.00 | 0.00 | 0.00 |
| 37 | KUN YU & XIUMIN MU | 7200-000 | 651,458.74 | 675,817.27 | 675,817.27 | 0.00 |
| 44 | MEGGIE XU & WEI WEI LI | 7200-000 | 25,000.00 | 25,000.00 | 25,000.00 | 0.00 |
| 42 | PACIFIC ADDAX COMPANY, INC. | 7200-000 | NA | 844,364.16 | 0.00 | 0.00 |
| 46 | SHU KAI SONG | 7200-000 | NA | 50,000.00 | 50,000.00 | 0.00 |
| 43 | TINA NOSEFF | 7200-000 | NA | 167,058.31 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $168,403,149.36 | $611,567,942.33 | $50,608,596.47 | $179,880.74 |

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-40284 | BTR |
| Case Name: | JOHN J. LAU | |
| | DEBORAH Y LAU | |
| For Period Ending: | 09/07/2021 | |

| | |
|---|---|
| Judge: | Brenda T. Rhoades |

| | |
|---|---|
| Trustee Name: | LINDA PAYNE, TRUSTEE |
| Date Filed (f) or Converted (c): | 01/28/2011 (f) |
| 341(a) Meeting Date: | 03/04/2011 |
| Claims Bar Date: | 08/02/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Homestead 5622 Harbor Town, Dallas, TX | 1,500,000.00 | 0.00 | | 0.00 | FA |
| 2.  Cash and bank accounts and investment accounts | 4,073.12 | 0.00 | | 0.00 | FA |
| 3.  Household goods | 7,500.00 | 0.00 | | 0.00 | FA |
| 4.  Books | 200.00 | 0.00 | | 0.00 | FA |
| 5.  Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 6.  Fur and jewelry | 3,500.00 | 0.00 | | 0.00 | FA |
| 7.  Sporting equipment | 200.00 | 0.00 | | 0.00 | FA |
| 8.  Retirement accounts | 330,000.00 | 0.00 | | 0.00 | FA |
| 9.  JNC Enterprises Ltd (5% interest) | 0.00 | 0.00 | | 0.00 | FA |
| 10.  JNC Partners LLC (100% interest) | 0.00 | 0.00 | | 0.00 | FA |
| 11.  JNC Management Company LLC | 0.00 | 0.00 | | 0.00 | FA |
| 12.  Campbell Rd Holding Corporation (100% interest) | 0.00 | 0.00 | | 0.00 | FA |
| 13.  Frisco 3E Ltd (73.71% interest) | 0.00 | 0.00 | | 0.00 | FA |
| 14.  J-124 Ltd (80.53% interest) | 0.00 | 0.00 | | 0.00 | FA |
| 15.  JC Denton Ranch LP (100% interest) | 0.00 | 0.00 | | 0.00 | FA |
| 16.  JNC Group Austin LLC (100% interest) | 0.00 | 0.00 | | 0.00 | FA |
| 17.  JNC Partners Denton LLC (88% interest) | 0.00 | 0.00 | | 0.00 | FA |
| 18.  JNC Properties LLC (100% interest) | 0.00 | 0.00 | | 0.00 | FA |
| 19.  JT Technologies Corp (50% interest) | 0.00 | 0.00 | | 0.00 | FA |
| 20.  Lau Partners Ltd (52% interest) | 0.00 | 0.00 | | 0.00 | FA |
| 21.  Melissa 33 on 121 Ltd (99.98% interest) | 0.00 | 0.00 | | 0.00 | FA |
| 22.  Nortex Frisco Partners Ltd (100% interest) | 0.00 | 0.00 | | 0.00 | FA |
| 23.  Prosper 110 on 380 Ltd (74.99% interest) | 0.00 | 0.00 | | 0.00 | FA |

Page: 2

**FORM 2**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-40284 | BTR | Judge: | Brenda T. Rhoades | Trustee Name: | LINDA PAYNE, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | JOHN J. LAU | | | | Date Filed (f) or Converted (c): | 01/28/2011 (f) |
| | DEBORAH Y LAU | | | | 341(a) Meeting Date: | 03/04/2011 |
| For Period Ending: | 09/07/2021 | | | | Claims Bar Date: | 08/02/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 24.  Sanger 1320 Ltd (99.99% interest) | 0.00 | 0.00 | | 0.00 | FA |
| 25.  TCB Grand Pkwy Partners LLC (.02% interest) | 0.00 | 0.00 | | 0.00 | FA |
| 26.  Warren Parkway Partners Ltd (99% interest) | 0.00 | 0.00 | | 0.00 | FA |
| 27.  Cuchara Management Company LLC (100% interest) Deb | 0.00 | 0.00 | | 0.00 | FA |
| 28.  MC 246 South Ltd (100% interest) | 0.00 | 0.00 | | 0.00 | FA |
| 29.  Cartwright Ranch Counterclaims | Unknown | 0.00 | | 0.00 | FA |
| 30.  Potential claims for battery and assault | Unknown | 0.00 | | 0.00 | FA |
| 31.  Patent | 0.00 | 0.00 | | 0.00 | FA |
| 32.  2003 BMW X5 | 12,725.00 | 0.00 | | 0.00 | FA |
| 33.  2006 Mercedes CLS500 | 24,425.00 | 0.00 | | 0.00 | FA |
| 34.  Office equipment | 200.00 | 0.00 | | 0.00 | FA |
| 35.  Hand tools | 50.00 | 0.00 | | 0.00 | FA |
| 36.  Toys and shoe dispensers                    (u) | 1,700.00 | 0.00 | | 0.00 | FA |
| 37.  Note Receivable                              (u) | 0.00 | 0.00 | | 0.00 | FA |
| 38.  Patent - EX Porter                           (u) | 0.00 | 1.00 | | 0.00 | FA |
| 39.  Interest in Partnerships                     (u) | 0.00 | 1.00 | | 0.00 | FA |
| 40.  DIscovery of assets from SPRI (u) | 0.00 | 895,000.00 | | 229,117.81 | FA |
| 41.  Refund from Texas State Comptroller (u) | 0.00 | 1,284.75 | | 1,284.75 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,884,723.12 | $896,286.75 | | $230,402.56 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed with Court 3/18/21    Case 11-40284    Doc 200    Filed 10/01/21    Entered 10/01/21 15:23:55    Desc Main
Document        Page 23 of 32

Page:    3

Exhibit 8

| RE PROP # | 1 | -- | PNC Mortgage |
|---|---|---|---|
| RE PROP # | 2 | -- | $700 is from Social Security<br>Investment account at Ameritrade # 6965 - 210.30<br>Investment account at Ameritrade # 8238 - $117.00<br>Check from Sing Lau to John Lau - $3,045.82<br>Not enough funds to administer |
| RE PROP # | 8 | -- | 401(k) Mactronix<br>2 IRA's with Wells Fargo Advisors |
| RE PROP # | 11 | -- | Owns office building which has no equity - owns 1% |
| RE PROP # | 29 | -- | Claims against Sam and Teresa Chen |
| RE PROP # | 30 | -- | Possible claim against Chen's |
| RE PROP # | 31 | -- | Wafer transfer patent - expired |
| RE PROP # | 32 | -- | U. S. bank |
| RE PROP # | 33 | -- | Denton ATCU |
| RE PROP # | 36 | -- | Amended schedules on 3/31/2011<br>Original schedules showed the toys and shoe dispensers with a value of $700<br>Amended schedules added<br>Medical Devices and EZ Porter and changed value to $1700. |
| RE PROP # | 37 | -- | From JNC Partners for $888,849.00 - uncollectible.<br>Debtor amended schedules and added. |
| RE PROP # | 38 | -- | Patent pending<br>Debtor amended and added. |
| RE PROP # | 39 | -- | Debtor amended and added summary in which debtors and/or JNC parterners had an interest. |
| RE PROP # | 40 | -- | 1) 20,816.00 shares of "Applied Optoelectronics Inc / Applied Optoelectronics, 127"<br>As of 3/24/20 stock is $7.70 share for $160,283.20<br>2) 75.00 shares of Texas Instruments Inc. As of 3/24/20 $105.36 share for $7,902<br>All are with Texas Trust right now (in the state's custodial account) awaiting retitling to the Lau Estate. Texas Trust will send full details and transfer instructions by mail (it can take them a month or two after approval) and I will be happy to assist in any way I can with the transfer process.<br>- Linda S. Payne 3/24/2020<br><br>9/14/20 (doc # 128) Order Granting Motion to Sell entered. |

Initial Projected Date of Final Report (TFR): 12/01/2013        Current Projected Date of Final Report (TFR): 12/01/2020

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-40284 | Trustee Name: LINDA PAYNE, TRUSTEE |
| Case Name: JOHN J. LAU | Bank Name: Axos Bank |
| DEBORAH Y LAU | Account Number/CD#: XXXXXX0742 |
| | Checking |
| Taxpayer ID No: XX-XXX6236 | Blanket Bond (per case limit): $300,000.00 |
| For Period Ending: 09/07/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/03/19 | 41 | Texas Comptroller of Public Accounts | Refund | 1229-000 | $1,284.75 | | $1,284.75 |
| 09/27/20 | 40 | Axos Clearing, LLC | Sale of Stock Order # 128 on docket | 1229-000 | $229,117.81 | | $230,402.56 |
| 09/28/20 | 2001 | SPRI Investigations 34522 N Scottsdale Rd Ste 120-264 Scottsdale, AZ 85266 | Distribution | 2500-000 | | $22,911.78 | $207,490.78 |
| 11/09/20 | 2002 | SHELDON LEVY, CPA 6320 Southwestern Blvd Suite 204 Ft Worth, TX  76109 | Court approved accountant fees | | | $2,702.75 | $204,788.03 |
| | | SHELDON LEVY, CPA | ($47.75) | 3420-000 | | | |
| | | SHELDON LEVY, CPA | ($2,655.00) | 3410-000 | | | |
| 12/07/20 | 2003 | BILL PAYNE 12770 Coit Road Suite 541 Banner Place Dallas, TX 75251 | Court approved attorney fees Order Docket # 190 | | | $7,635.65 | $197,152.38 |
| | | BILL PAYNE | ($7,300.00) | 3110-000 | | | |
| | | BILL PAYNE | ($335.65) | 3120-000 | | | |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $196.61 | $196,955.77 |
| 03/08/21 | | Axos Bank 4350 La Jolla Village Dr, Suite 140 San Diego, CA 92122 | Service Charge refund | 2600-000 | | ($196.61) | $197,152.38 |
| 04/30/21 | 2004 | LINDA PAYNE 12770 Coit Road, Suite 541 Dallas, TX 75251 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $14,770.13 | $182,382.25 |
| 04/30/21 | 2005 | LINDA PAYNE 12770 Coit Road, Suite 541 Dallas, TX 75251 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $2,241.51 | $180,140.74 |
| | | | Page Subtotals: | | $230,402.56 | $50,261.82 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 11-40284 | Trustee Name: LINDA PAYNE, TRUSTEE | Exhibit 9 |
| Case Name: JOHN J. LAU | Bank Name: Axos Bank | |
| DEBORAH Y LAU | Account Number/CD#: XXXXXX0742 | |
| | Checking | |
| Taxpayer ID No: XX-XXX6236 | Blanket Bond (per case limit): $300,000.00 | |
| For Period Ending: 09/07/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/21 | 2006 | United States Bankruptcy Court Clerks Office, Suite 300-B Wells Fargo Bank Building 660 N. Central Expressway Plano, Texas 75074 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2700-000 | | $260.00 | $179,880.74 |
| 04/30/21 | 2007 | JEFFREY R. HACKER PC 16801 Addison Rd #124 Addison, TX 75001-5639 | Final distribution to claim 1 creditor account #4010 representing a payment of 0.37 % per court order. | 7100-000 | | $36.59 | $179,844.15 |
| 04/30/21 | 2008 | GRAHAM MORTGAGE CORPORATION c/o Kerry M. Southerland SettlePou 3333 Lee Parkway, Eighth Floor Dallas, Texas 75219 | Final distribution to claim 2 creditor account # representing a payment of 0.37 % per court order. | 7100-000 | | $53,282.93 | $126,561.22 |
| 04/30/21 | 2009 | METROBANK, N. A. c/o L. David Smith Chernosky, Smith, Ressling & Smith, PLLC 4646 Wild Indigo, Suite 110 Houston, Texas 77027 | Final distribution to claim 3 creditor account #2070 representing a payment of 0.37 % per court order. | 7100-000 | | $7,149.49 | $119,411.73 |
| 04/30/21 | 2010 | JACK & MARY BUSH 6222 Raintree Court Dallas, TX 75240 | Final distribution to claim 5 creditor account #0710 representing a payment of 0.37 % per court order. | 7100-000 | | $9,991.96 | $109,419.77 |
| 04/30/21 | 2011 | HELEN LO 714 E 16th Ave San Mateo, CA 94402 | Final distribution to claim 6 creditor account #8144 representing a payment of 0.37 % per court order. | 7100-000 | | $3,365.83 | $106,053.94 |
| 04/30/21 | 2012 | KRIS MADEYSKI c/o David M. Pyke 12655 N Central Expwy, Ste. 700 Dallas, Texas 75243 | Final distribution to claim 7 creditor account # representing a payment of 0.37 % per court order. | 7100-900 | | $1,335.54 | $104,718.40 |
| 04/30/21 | 2013 | SHAOHUI WANG & LING LING ZHOU TRUST 1202 Serenade Lane Richardson, TX 75081 | Final distribution to claim 8 creditor account # representing a payment of 0.37 % per court order. | 7100-000 | | $1,008.39 | $103,710.01 |

| | Page Subtotals: | | $0.00 | $76,430.73 | |
|---|---|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 11-40284 | Trustee Name: LINDA PAYNE, TRUSTEE |
| Case Name: JOHN J. LAU | Bank Name: Axos Bank |
| DEBORAH Y LAU | Account Number/CD#: XXXXXX0742 |
| | Checking |
| Taxpayer ID No: XX-XXX6236 | Blanket Bond (per case limit): $300,000.00 |
| For Period Ending: 09/07/2021 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/21 | 2014 | HUI YI LUO 2655 Edison St., #303 San Mateo, CA 94403 | Final distribution to claim 9 creditor account #1305 representing a payment of 0.37 % per court order. | 7100-000 | | $1,213.43 | $102,496.58 |
| 04/30/21 | 2015 | Clerk, U.S. Bankruptcy Court | Remit to Court | | | $0.86 | $102,495.72 |
| | | CHASE BANK USA, N. A. | Final distribution to claim 10 ($0.55) creditor account #0967 representing a payment of 0.36 % per court order. | 7100-001 | | | |
| | | JOE YANG (YOW-HSIUNG JOSEPH YANG) | Final distribution to claim 34 ($0.31) creditor account # representing a payment of 0.37 % per court order. | 7100-001 | | | |
| 04/30/21 | 2016 | JOHN S. WANG 4205 Brooktree Ln Dallas, TX 75287-6721 | Final distribution to claim 11 creditor account #6993 representing a payment of 0.37 % per court order. | 7100-000 | | $4,756.06 | $97,739.66 |
| 04/30/21 | 2017 | PYOD LLC ITS SUCCESSORS AND ASSIGNS Citibank, NA, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Final distribution to claim 13 creditor account #3716 representing a payment of 0.37 % per court order. | 7100-000 | | $17.77 | $97,721.89 |
| 04/30/21 | 2018 | LYDIA H. S. CHEN Room 408 Tak Shing House 20 Des Voeux Road C Hong Kong | Final distribution to claim 14 creditor account # representing a payment of 0.37 % per court order. | 7100-000 | | $47,025.29 | $50,696.60 |
| 04/30/21 | 2019 | OLIN RAY LONG P. E. Long Engineering 410 E. Cherrywood St. Celina, TX 75009 | Final distribution to claim 15 creditor account #5256 representing a payment of 0.37 % per court order. | 7100-000 | | $7.50 | $50,689.10 |
| 04/30/21 | 2020 | LARRY FRIEDMAN Friedman & Feiger, LLP 5301 Spring Valley Road, Ste. 200 Dallas, TX 75254 | Final distribution to claim 16 creditor account # representing a payment of 0.37 % per court order. | 7100-000 | | $33.01 | $50,656.09 |

Page Subtotals: $0.00 $53,053.92

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case No: 11-40284 | | | | Trustee Name: LINDA PAYNE, TRUSTEE | | | Exhibit 9 |
| Case Name: JOHN J. LAU | | | | Bank Name: Axos Bank | | | |
| DEBORAH Y LAU | | | | Account Number/CD#: XXXXXX0742 | | | |
| | | | | Checking | | | |
| Taxpayer ID No: XX-XXX6236 | | | | Blanket Bond (per case limit): $300,000.00 | | | |
| For Period Ending: 09/07/2021 | | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/21 | 2021 | DAWN DU<br>524 W Lemon Ave<br>Arcadia, CA  91007 | Final distribution to claim 17 creditor account # representing a payment of 0.37 % per court order. | 7100-000 | | $585.36 | $50,070.73 |
| 04/30/21 | 2022 | LAM LAM DU<br>524 W Lemon Ave<br>Arcadia, CA  91007 | Final distribution to claim 18 creditor account # representing a payment of 0.37 % per court order. | 7100-000 | | $585.36 | $49,485.37 |
| 04/30/21 | 2023 | GEOFFREY CHUM<br>1642 Pebble Brook<br>Missouri City, TX  77459 | Final distribution to claim 19 creditor account # representing a payment of 0.37 % per court order. | 7100-000 | | $850.29 | $48,635.08 |
| 04/30/21 | 2024 | KALVIN & KITTY CHUM<br>1642 Pebble Brook<br>Missouri City, TX  77459 | Final distribution to claim 20 creditor account #6993 representing a payment of 0.37 % per court order. | 7100-000 | | $5,335.96 | $43,299.12 |
| 04/30/21 | 2025 | PRICILLA & MELANIE TONG DAPHNE<br>13802 Magnolia Ave<br>Chino, CA  91710 | Final distribution to claim 21 creditor account #2637 or 4520 representing a payment of 0.37 % per court order. | 7100-000 | | $1,514.62 | $41,784.50 |
| 04/30/21 | 2026 | L. P. TAX EASE FUNDING<br>c/o Howard Marc Spector<br>Spector & Johnson, PLLC<br>12770 Coit Road, Suite 1100<br>Dallas, TX  75251 | Final distribution to claim 23 creditor account #1989 representing a payment of 0.37 % per court order. | 7100-000 | | $631.52 | $41,152.98 |
| 04/30/21 | 2027 | WENDY RICKS<br>12807 Burninglog Lane<br>Dallas, TX  75243 | Final distribution to claim 24 creditor account #6993 representing a payment of 0.37 % per court order. | 7100-000 | | $116.41 | $41,036.57 |
| 04/30/21 | 2028 | RITA & RACHAEL CHEN BANABAS<br>1920 W Holt Ave<br>Pomona, CA  91768 | Final distribution to claim 25 creditor account # representing a payment of 0.37 % per court order. | 7100-000 | | $1,514.62 | $39,521.95 |
| 04/30/21 | 2029 | JAMIE & DEBORAH RICKS<br>13529 Albania Way<br>Austin, TX  78729 | Final distribution to claim 26 creditor account #6993 representing a payment of 0.37 % per court order. | 7100-000 | | $427.70 | $39,094.25 |

| | | | Page Subtotals: | | $0.00 | $11,561.84 | |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|
| Case No: 11-40284 | | Trustee Name: LINDA PAYNE, TRUSTEE | Exhibit 9 |
| Case Name: JOHN J. LAU | | Bank Name: Axos Bank | |
| DEBORAH Y LAU | | Account Number/CD#: XXXXXX0742 | |
| | | Checking | |
| Taxpayer ID No: XX-XXX6236 | | Blanket Bond (per case limit): $300,000.00 | |
| For Period Ending: 09/07/2021 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/21 | 2030 | PETER & ANNA NGAI<br>6148 Kauffman Ave<br>Temple City, CA  91780 | Final distribution to claim 28 creditor account #7368 representing a payment of 0.37 % per court order. | 7100-000 | | $585.36 | $38,508.89 |
| 04/30/21 | 2031 | NATHANEAL K. NAGI<br>6148 Kauffman Ave<br>Temple City, CA  91780 | Final distribution to claim 29 creditor account # representing a payment of 0.37 % per court order. | 7100-000 | | $643.90 | $37,864.99 |
| 04/30/21 | 2032 | JONATHAN M. NGAI<br>6148 Kauffman Ave<br>Temple City, CA  91780 | Final distribution to claim 30 creditor account #7368 representing a payment of 0.37 % per court order. | 7100-000 | | $643.90 | $37,221.09 |
| 04/30/21 | 2033 | WEI ZHANG<br>6409 Cooper Pl<br>Plano, TX  75093 | Final distribution to claim 31 creditor account #6993 or 1436 representing a payment of 0.37 % per court order. | 7100-000 | | $478.81 | $36,742.28 |
| 04/30/21 | 2034 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution to claim 32 creditor account #7522 representing a payment of 0.37 % per court order. | 7100-000 | | $10.35 | $36,731.93 |
| 04/30/21 | 2035 | AMERICAN BANK OF TEXAS<br>c/o Stephen Rasch<br>Thompson & Knight, LLP<br>1722 Routh St., Ste. 1500<br>Dallas, TX  75201 | Final distribution to claim 33 creditor account #6993 representing a payment of 0.37 % per court order. | 7100-000 | | $30,359.60 | $6,372.33 |
| 04/30/21 | 2036 | 1ST INTERNATIONAL BANK<br>Attn: Charles Hebert<br>11912 Avenue K, Suite 100<br>Plano, TX  75074 | Final distribution to claim 35 creditor account # representing a payment of 0.37 % per court order. | 7100-000 | | $1,742.14 | $4,630.19 |
| 04/30/21 | 2037 | TRENAM KEMKER<br>c/o Bruce Marger<br>200 Central Ave., Ste 1600<br>St. Petersburg, FL  33716 | Final distribution to claim 36 creditor account #0501 representing a payment of 0.37 % per court order. | 7100-000 | | $929.88 | $3,700.31 |
| 04/30/21 | 2038 | PACIFIC ADDAX COMPANY, INC.<br>3116 Belmeade Dr.<br>Carrollton, TX  75006 | Final distribution to claim 40 creditor account # representing a payment of 0.37 % per court order. | 7100-000 | | $3,089.12 | $611.19 |

Page Subtotals: $0.00    $38,483.06

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 11-40284 | Trustee Name: LINDA PAYNE, TRUSTEE | Exhibit 9 |
| Case Name: JOHN J. LAU | Bank Name: Axos Bank | |
| DEBORAH Y LAU | Account Number/CD#: XXXXXX0742 | |
| | Checking | |
| Taxpayer ID No: XX-XXX6236 | Blanket Bond (per case limit): $300,000.00 | |
| For Period Ending: 09/07/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/30/21 | 2039 | TINA NOSEFF 2024 Lambor Lane Lewisville, TX 75056 | Final distribution to claim 41 creditor account # representing a payment of 0.37 % per court order. | 7100-000 | | $611.19 | $0.00 |
| 05/03/21 | 2025 | PRICILLA & MELANIE TONG DAPHNE 13802 Magnolia Ave Chino, CA 91710 | Final distribution to claim 21 creditor account #2637 or 4520 representing a payment of 0.37 % per court order. Reversal wrong names | 7100-000 | | ($1,514.62) | $1,514.62 |
| 05/03/21 | 2028 | RITA & RACHAEL CHEN BANABAS 1920 W Holt Ave Pomona, CA 91768 | Final distribution to claim 25 creditor account # representing a payment of 0.37 % per court order. Reversal Names out of order | 7100-000 | | ($1,514.62) | $3,029.24 |
| 05/03/21 | 2040 | Daphne, Pricilla & Melanie Tong 13802 Magnolia Ave Chino, CA 91710 | Distribution | 7100-000 | | $1,514.62 | $1,514.62 |
| 05/03/21 | 2041 | Barnabas, Rita & Rachael Chen 1920 W Holt Ave Pomona, CA 91768 | Distribution | 7100-000 | | $1,514.62 | $0.00 |
| 05/15/21 | 2029 | JAMIE & DEBORAH RICKS 13529 Albania Way Austin, TX 78729 | Final distribution to claim 26 creditor account #6993 representing a payment of 0.37 % per court order. Reversal | 7100-000 | | ($427.70) | $427.70 |
| 05/17/21 | 2042 | JAMIE & DEBORAH RICKS 26123 Savory Springs Ln Katy, TX 77494 | Distribution Reversal Can't get it to print. Re-write check | 7100-000 | | ($427.70) | $855.40 |
| 05/17/21 | 2042 | JAMIE & DEBORAH RICKS 26123 Savory Springs Ln Katy, TX 77494 | Distribution | 7100-000 | | $427.70 | $427.70 |
| 05/17/21 | 2043 | JAMIE & DEBORAH RICKS 26123 Savory Springs Ln Katy, TX 77494 | Distribution Check rewritten to new address | 7100-000 | | $427.70 | $0.00 |

| | | | Page Subtotals: | | $0.00 | $611.19 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 11-40284 | Trustee Name: LINDA PAYNE, TRUSTEE | Exhibit 9 |
| Case Name: JOHN J. LAU | Bank Name: Axos Bank | |
| DEBORAH Y LAU | Account Number/CD#: XXXXXX0742 | |
| | Checking | |
| Taxpayer ID No: XX-XXX6236 | Blanket Bond (per case limit): $300,000.00 | |
| For Period Ending: 09/07/2021 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/02/21 | 2014 | HUI YI LUO<br>2655 Edison St., #303<br>San Mateo, CA  94403 | Final distribution to claim 9 creditor account #1305 representing a payment of 0.37 % per court order. Reversal | 7100-000 | | ($1,213.43) | $1,213.43 |
| 06/02/21 | 2008 | GRAHAM MORTGAGE CORPORATION<br><br>c/o Kerry M. Southerland<br>SettlePou<br>3333 Lee Parkway, Eighth Floor<br>Dallas, Texas  75219 | Final distribution to claim 2 creditor account # representing a payment of 0.37 % per court order. Reversal | 7100-000 | | ($53,282.93) | $54,496.36 |
| 06/07/21 | 2044 | GRAHAM MORTGAGE CORPORATION<br><br>2825 Oak Lawn #191325<br>Dallas, TX  75219 | Distribution | 7100-000 | | $53,282.93 | $1,213.43 |
| 06/07/21 | 2045 | HUI YI LUO<br>300 Davey Glen Road, Apt # 3807<br>Belmont, CA 94002 | Distribution | 7100-000 | | $1,213.43 | $0.00 |
| 08/03/21 | 2036 | 1ST INTERNATIONAL BANK<br>Attn: Charles Hebert<br>11912 Avenue K, Suite 100<br>Plano, TX  75074 | Final distribution to claim 35 creditor account # representing a payment of 0.37 % per court order. Reversal<br>Check returned.  Address unknown | 7100-000 | | ($1,742.14) | $1,742.14 |
| 08/03/21 | 2041 | Barnabas, Rita & Rachael Chen<br>1920 W Holt Ave<br>Pomona, CA  91768 | Distribution Reversal<br>Check returned.  Address unknown | 7100-000 | | ($1,514.62) | $3,256.76 |
| 08/03/21 | 2018 | LYDIA H. S. CHEN<br>Room 408 Tak Shing House<br>20 Des Voeux Road C<br>Hong Kong | Final distribution to claim 14 creditor account # representing a payment of 0.37 % per court order. Reversal<br>Returned Address Unknown | 7100-000 | | ($47,025.29) | $50,282.05 |
| 08/04/21 | 2019 | OLIN RAY LONG P. E.<br>Long Engineering<br>410 E. Cherrywood St.<br>Celina, TX  75009 | Final distribution to claim 15 creditor account #5256 representing a payment of 0.37 % per court order. Reversal | 7100-000 | | ($7.50) | $50,289.55 |
| 08/04/21 | 2021 | DAWN DU<br>524 W Lemon Ave<br>Arcadia, CA  91007 | Final distribution to claim 17 creditor account # representing a payment of 0.37 % per court order. Reversal | 7100-000 | | ($585.36) | $50,874.91 |

| | | | Page Subtotals: | | $0.00 | ($50,874.91) | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  11-40284
Case Name:  JOHN J. LAU
          DEBORAH Y LAU

Taxpayer ID No:  XX-XXX6236
For Period Ending:  09/07/2021

Trustee Name:  LINDA PAYNE, TRUSTEE
Bank Name:  Axos Bank
Account Number/CD#:  XXXXXX0742
                    Checking
Blanket Bond (per case limit):  $300,000.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/04/21 | 2022 | LAM LAM DU<br>524 W Lemon Ave<br>Arcadia, CA  91007 | Final distribution to claim 18 creditor account # representing a payment of 0.37 % per court order. Reversal | 7100-000 | | ($585.36) | $51,460.27 |
| 08/04/21 | 2046 | United States Bankrupty Court<br>Unclaimed Registry<br>660 N. Central Expressway<br>Suite 300<br>Plano, TX 75074 | Distribution<br>Turnover of unclaimed funds to registry of the court | | | $51,460.27 | $0.00 |
| | | LYDIA H. S. CHEN | ($47,025.29) | 7100-000 | | | |
| | | OLIN RAY LONG P. E. | ($7.50) | 7100-000 | | | |
| | | DAWN DU | ($585.36) | 7100-000 | | | |
| | | LAM LAM DU | ($585.36) | 7100-000 | | | |
| | | Barnabas, Rita & Rachael Chen | ($1,514.62) | 7100-000 | | | |
| | | 1ST INTERNATIONAL BANK | ($1,742.14) | 7100-000 | | | |

| | | |
|---|---|---|
| COLUMN TOTALS | $230,402.56 | $230,402.56 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $230,402.56 | $230,402.56 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $230,402.56 | $230,402.56 |

Page Subtotals:        $0.00        $50,874.91

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0742 - Checking | $230,402.56 | $230,402.56 | $0.00 |
| | $230,402.56 | $230,402.56 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $230,402.56 |
| Total Gross Receipts: | $230,402.56 |

Page Subtotals:                    $0.00          $0.00